ORIGINAL

August 17, 2015

FILED
CLERK

2015 AUG 18  PM 4:32

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

The Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Alvarez v. 894 Pizza Corp. et al*
    Case No.: 14-CV-6011(JBW)

The Honorable Judge Gold:

  I am the plaintiff in the above action that was commenced by attorneys at Lee Litigation Group last year. After my initial meeting with the attorneys I have not heard anything regarding the matter and I thought that the matter was finished.

  In the time that I met the lawyers, I was able to fix all of the issues that I had with my boss and started working at the restaurant again. I have no problems and have been fully paid all money that has ever been owed to me by Farrukh Mukhamedov, the owner of 894 Pizza Corp. The defendants do not owe me any money and after seeing the complaint that was from my lawyers, I see that some of my statements were inaccurate at the time. There was no time that I was working the total amount of hours that were stated as I was a delivery person who worked only when needed. This is the same kind of work that I am doing now and have been for a few months at the pizza shop. I thought since I started working again that the whole thing would have ended but I found out that it is not.

  I have told the lawyers that I am not interested in this case because I am not owed any money from the defendants and am very happy with the situation that exists at our work. I have also told the lawyers that I will no longer have any part of the case and it is my wish that the entire matter is ended. I hope that the court will end this case as I am not interested and there are no issues that have to be solved.

               Roger Alvarez

Sworn to before me this
18th ~~17th~~ day of August 2015

Notary Public  8/18/2015

PAULA SWABY
Notary Public - State of New York
NO. 01SW6301390
Qualified in Kings County
My Commission Expires Apr 14, 201_