# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1124
anne@leelitigation.com

August 21, 2015

<u>**Via ECF**</u>
The Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:      <u>Alvarez v. 894 Pizza Corp.</u>
                 <u>Docket No.: 14-cv-6011</u>

Dear Judge Gold:

       We are counsel to Plaintiff and write in response to correspondence (ECF Dkt. No. 39) purportedly from Plaintiff to the Court, which contains several misrepresentations. We believe the parties have (without counsel) effected an "under the table" settlement, and intend to move for our legal fees and costs associated with any such settlement.

       First, to correct the record (and without disclosing the substance of any privileged communications with our client) Plaintiff's alleged statements (i) that he "had not heard anything" from our firm regarding this matter after the initial meeting, and (ii) that he told "the lawyers" that he is "not interested in this case" and "wishes to end it" are completely false. Plaintiff had discussed this case (including the status, proposed settlement and Defendants' counsel's withdrawal) <u>several</u> <u>times</u> with Spanish-speaking paralegal Luis Arnaud. We can only assume Plaintiff's August 17, 2015 letter was either written and filed by *pro se* Defendant Mukhamedov, or at the very least, that Plaintiff's re-hire by Defendants was contingent on Plaintiff's signing such letter.

       Notwithstanding the foregoing, of course we agree to drop the lawsuit, if that is what the Plaintiff wishes to do. However, we do believe a conference is necessary (with all parties in attendance) to clarify the situation.

       As the Court is aware, Defendants' counsel's withdrawal was only recently granted, and, throughout the duration of the litigation, Defendants were represented by counsel. To the extent Defendants' prior counsel knew of or facilitated any "under the table" settlement, such conduct is improper. From his conduct thus far, it is clear that Defendant Mukhamedov does not respect the Court or the legal process, and is simply

playing games to avoid paying Plaintiffs' counsel's attorneys' fees and to avoid the Court's involvement in the settlement.

      We seek relief from the Court to assess our outstanding legal fees and costs against Defendants and seek a pre-motion conference to discuss the foregoing at the Court's earliest convenience.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.


cc:      All parties (via first class mail)