UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ROGER ALVAREZ

                       Plaintiffs,

   -against-

894 PIZZA CORP., *et al.*,
                       Defendants.
----------------------------------------x

**ORDER**
14-CV-6011

**JACK B. WEINSTEIN, Senior United States District Judge:**

Judge Steven M. Gold issued a report and recommendation dated August 2, 2016. No timely appeal was taken.

The Report and Recommendation is well reasoned. It is based on the facts and law. It is confirmed and adopted by the court.

Farrukh Mukhamedov is ordered to pay to C. K. Lee $13,165 as a monetary sanction.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

August 29, 2016
Brooklyn, New York